1 | Mark Solomon (SBN 151949)
Ellen Gusikoff Stewart (SBN 144892)
2 | ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway Suite 1900
3 | San Diego, California 92101
Telephone: (619) 231-1058
4 | Facsimile: (619) 231-7423

5 | Attorneys for Plaintiffs

6 | Adam S. Paris (SBN 190693)
Orly Z. Elson (SBN 240645)
7 | SULLIVAN & CROMWELL LLP
1888 Century Park East
8 | Los Angeles, California 90067
Telephone: (310) 712-6600
9 | Facsimile: (310) 712-8800

10 | Attorneys for Defendants

11

12 | UNITED STATES DISTRICT COURT

13 | CENTRAL DISTRICT OF CALIFORNIA

14

JUDITH HATFIELD, et al.,     )    Case No. CV-05-8790-~~SGL~~(PLAx)
15 | Individually and On Behalf of )
All Other Similarly Situated,   )    JOINT STIPULATION OF
16 |                        )    <u>DISMISSAL WITH PREJUDICE</u>
             Plaintiffs, )
17 |                        )    Judge:   Honorable Zouhary
           v.          )
18 |                        )
HALIFAX PLC, et al.,       )
19 |                        )
            Defendants. )
20 | _____)

21 |      WHEREAS Judith Hatfield, "Individually and On Behalf of All

22 | Others Similarly Situated" ("Plaintiff"), filed a Complaint against Halifax PLC, et
23 |

24 | al., ("Defendants") in the above-captioned matter on December 16, 2005;

25 |      WHEREAS the plaintiffs and defendants in a parallel action

26 |
commenced in Superior Court in the State of New Jersey entitled *Eaton* v. *Halifax*
27 |

28 |

*PLC*, No. MON-L-2365-03 ("*Eaton*"), have entered into a settlement agreement, dated March 14, 2011 (the "Settlement Agreement");

WHEREAS, by order in *Eaton* dated May 26, 2011, the Honorable Joseph P. Quinn of the Superior Court of New Jersey certified a national settlement class (including a California sub-class) and finally approved the Settlement Agreement;

WHEREAS the class alleged in the above-captioned matter is subsumed in the class certified in *Eaton*;

WHEREAS the Settlement Agreement provides for dismissal of this action;

IT IS HEREBY STIPULATED AND AGREED, in consideration of and pursuant to the terms of the Settlement Agreement, by and between the parties hereto, through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above-captioned proceeding is dismissed with prejudice, each side to bear its own costs, expenses and attorneys' fees.

IT IS SO STIPULATED.

Dated:    June 21, 2011                   Respectfully submitted,

Mark Solomon (SBN 151949)
Ellen Gusikoff Stewart (SBN 144892)
ROBBINS GELLER RUDMAN & DOWD
LLP
655 West Broadway Suite 1900
San Diego, CA 92101
-1-

Telephone: (619) 231-1058
Facsimile: (619) 231-7423

Attorneys for Plaintiffs

Dated:    June 21, 2011

_____
Adam S. Paris (SBN 190693)
Orly Z. Elson (SBN 240645)
SULLIVAN & CROMWELL LLP
1888 Century Park East Suite 2100
Los Angeles, CA 90067
Telephone: (310) 712-6600
Facsimile: (310) 712-8800

Attorneys for Defendants

IT IS SO ORDERED.

Dated: June 23, 2011              s/ Jack Zouhary
_____         _____

United States District Judge
Hon. Jack Zouhary

-2-

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Sullivan & Cromwell LLP, 1888 Century Park East, Los Angeles, California 90067-1725.

On June 22, 2011, I served the foregoing document described as:

**JOINT STIPULATION OF**
**DISMISSAL WITH PREJUDICE**

on the interested parties in this action by placing a true and correct copy thereof enclosed in an envelope addressed as follows:

*Via Federal Express*
Peter S Pearlman
Cohn Lifland Pearlman Herrmann and Knopf
Park 80 Plaza West-One
Saddle Brook, NJ 07663

**[X]    BY FEDERAL EXPRESS - OVERNIGHT:** I caused such envelope to be deposited in a box or other facility regularly maintained by Federal Express in an envelope or package designated by Federal Express with delivery fees paid.

**[X]    (Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 22, 2011, at Los Angeles, California.

_____
Jacquelynn G. Perske